Bahgat & Bahgat LLC
Joseph A. Bahgat (006502008)
2 Hiram Square
New Brunswick NJ 08901-1269
732 733 2385 x.110
joe@hubcitylawgroup.com
*Attorneys for Defendant–Movant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Malibu Media LLC**, *Plaintiff*; vs. **John Doe**, subscriber assigned IP address 69.119.154.198, *Defendant*. | CASE NO. 3:15-CV-04269 THE HONORABLE FREDA L. WOLFSON **ORDER** |

THIS MATTER was opened to the Court on the application of Bahgat & Bahgat LLC, attorneys for defendant John Doe subscriber assigned IP address 69.119.154.198 (Joseph A. Bahgat appearing) for an order quashing the Fed. R. Civ. P. 45 subpoena returnable Dec. 11, 2015, which was served on defendant's ISP Cablevision; in the alternative of order quashing the subpoena, defendant has asked to proceed in the within matter anonymously, with the entry of a protective order, pursuant to Fed. R. Civ. P. 5.2 (e) and 26(c. And the Court having considered defendant's application, together with any opposing papers, and any arguments of counsel, and for good cause appearing;

IT IS on this            day of                              , 2016,

ORDERED that plaintiff's subpoena returnable Dec. 11, 2015, which was served on defendant's ISP Cablevision, is hereby QUASHED; and IT IS FURTHER ORDERED that Cablevision is prohibited from disclosing any identifying information concerning its subscriber assigned IP address 69.119.154.198 to Malibu Media, LLC, or any of its representatives; and IT IS FURTHER ORDERED as follows:

(1) John Doe subscriber assigned IP address 69.119.154.198 is authorized to proceed in this matter anonymously, known in all pleadings, papers, and filings as "John Doe," in this matter;

(2) Plaintiff will keep confidential and not disclose publicly or in this Court (except if under seal) the identity and contact information of the defendant, or of any members of his/her family; and

(3) Upon request or Order from the Court, after being served with process, John Doe may submit his or her name under seal.

_____
UNITED STATES DISTRICT JUDGE